# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RONALD SCOTT HANGEY AND
ROSEMARY HANGEY H/W,

          Respondents

          v.

HUSQVARNA PROFESSIONAL
PRODUCTS, INC., HUSQVARNA GROUP,
HUSQVARNA U.S. HOLDING, INC.,
HUSQVARNA AB, AND TRUMBAUER'S
LAWN AND RECREATION, INC.,

          Petitioners

: No. 147 EAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioners are:

(1)    Whether the Superior Court committed legal error when it held that a trial court employing the quality-quantity test for venue abuses its discretion by weighing the totality of the evidence presented and, in the absence of other evidence relevant to the analysis, finding that 0.005 percent of a defendant's total sales occurring in the forum county is *de minimis* and alone sufficient to render venue proper[.]

(2)    Whether the Superior Court failed to faithfully apply the [abuse of discretion] standard of review when it reversed the trial court's decision sustaining Petitioners' preliminary objections for improper venue, in the absence of a finding that the trial court's decision was manifestly unreasonable, that the trial court failed to apply the law, or that the trial court was motivated by partiality, prejudice, bias, or ill-will[.]

The Philadelphia Association of Defense Counsel's Application for Leave to File Amicus Curiae Brief is **GRANTED**.